LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA CARRIER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV14-03932-BRO (FFMx)<br><br>**JUDGMENT**<br><br>Judge: Hon. Beverly Reid O'Connell<br>Ctrm.: 14 (Spring) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Findings of Fact and Conclusions of Law After Court Trial, dated July 24, 2015 (Docket No. 31), judgment shall be entered in favor of Gloria Carrier ("Plaintiff") and against Defendant Aetna Life Insurance Company ("Aetna") as follows:

1. Plaintiff was employed by Bank of America.

2. Plaintiff was insured by Aetna under a long-term disability ("LTD") plan insured and administered by Aetna under which Plaintiff was a participant.

3. Plaintiff's last day of work was August 11, 2011.

4. Aetna paid LTD benefits through July 10, 2013.

5. Aetna terminated Plaintiff's claim to further LTD benefits in a letter dated July 11, 2013.

6. Plaintiff appealed Aetna's denial, which Aetna also denied. This action followed, and the parties briefed the issue to the Court.

7. The Court conducted a bench trial on July 21, 2015.

8. The Court ruled on July 24, 2015, that Aetna improperly terminated Plaintiff's LTD benefits on July 11, 2013.

9. The Court ordered Aetna to pay the remainder of the LTD benefits of the "own occupation" period, which is from July 11, 2013, through August 10, 2013. The total monthly benefit to which Plaintiff is entitled is $4,182.00.

10. The Court further remands this action to the plan administrator to determine, consistent with the factual findings and legal conclusions stated in the Court's Findings of Fact and Conclusions of Law dated July 24, 2015 (Docket. No. 31), whether Plaintiff meets the definition of "disability" under the "any reasonable occupation" standard, such that she should also be provided with LTD benefits subsequent to August 10, 2013.

11. Therefore, the Court orders judgment in favor of Plaintiff and against Aetna in the amount of $4,182.00.

12. Plaintiff shall have leave to file motions for attorney fees and costs.

IT IS SO ORDERED.

DATED: August 17, 2015     By:_____

Hon. Beverly Reid O'Connell
United States District Judge

**Judgment**

*Submitted by:*

Dated: August 11, 2015                LAW OFFICES OF CHRISTIAN J. GARRIS

By:_____
    Christian J. Garris, Esq.

Attorneys for Plaintiff

Dated: August 11, 2015                GORDON & REES LLP

By:___/S/_____
    Ronald K. Alberts, Esq.
    Jessica Wolff, Esq.

Attorneys for Defendant Aetna Life Insurance Company